EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Luis F. Mangual Acevedo | 2019 TSPR 163<br><br>203 DPR ____ |

Número del Caso:  TS-17,908


Fecha:  6 de septiembre de 2019


Abogado de la parte peticionaria:

    Por derecho propio


Oficina de Inspección de Notarías:

    Lcdo. Manuel E. Ávila De Jesús
    Director



Materia:  Reinstalación al ejercicio de la notaría.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis F. Mangual Acevedo                    TS-17,908

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de septiembre de 2019.

Atendida la *Moción en cumplimiento de orden* que presentó la Oficina de Inspección de Notarías (ODIN), así como la *Moción en cumplimiento de orden* y *Al expediente judicial* que presentó el Lcdo. Luis F. Mangual Acevedo, se ordena su reinstalación al ejercicio de la notaría.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. La Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Colón Pérez no intervinieron.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina